**Rodney Victor HARRIS, Plaintiff—Appellant,**

v.

**Betty SPEARS, Social Services Worker of the Social Services Department of Pembroke, Virginia; Social Services Department of Pembroke, Virginia, Defendants—Appellees.**

No. 03–7855.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 18, 2004.

Rodney Victor Harris, Appellant pro se. Jim Harold Guynn, Jr., Guynn, Memmer & Dillon, P.C., Roanoke, Virginia, for Appellees.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

PER CURIAM.

Rodney Victor Harris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Harris's motions to stay and to submit circuit court transcripts and all motions set forth therein, and we dismiss the appeal on the reasoning of the district court. *See Harris v. Spears,* No. CA–03–562–7 (W.D.Va. Nov. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*